Argued May 29, affirmed May 29, 1973

STATE OF OREGON, *Respondent, v.* WILLIAM L. SPIVEY (No. 1014), *Appellant.*

509 P2d 1226

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Thornton, Judges.